# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0027. GENTRY v. ADVENTIST HEALTH GORDON COUNTY HOSPITAL et al.

Floyd Gentry has filed a notice of appeal from a summary judgment order entered on June 17, 2021. Because the notice of appeal was not filed within 30 days of the judgment and there has been no showing of a properly granted extension of time, the notice is untimely and is hereby dismissed. See OCGA §§ 5-6-38, 5-6-39, 5-6-48.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/12/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*